**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Glen A Jones | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust | NO. 23-13696 PMM |
| <u>Movant</u> | |
| Vs. | |
| Glen A Jones | |
| <u>Debtor(s)</u> | 11 U.S.C. Section 362 |
| Kenneth E. West | |
| <u>Trustee</u> | |

## <u>ORDER</u>

AND NOW, this <u>8th</u> day of <u>May</u>, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby  ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge